UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNY LEE EARLY

VERSUS

WILLIAM DOUGLAS, ET AL.

CIVIL ACTION

NUMBER 06-972-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the defendants' motion for summary judgment[1] shall be GRANTED and this action shall be DISMISSED for failure to exhaust administrative remedies pursuant to 42 U.S.C. §1997e(a).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January _____7_____, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 21

Doc#44973